1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  FEDERAL INSURANCE COMPANY,

10             Plaintiff,                    No. C 02-04548 JSW
                                            (consolidated with 04-2615)
11      v.

12  JEFFREY SHAW, et al.                     **ORDER DIRECTING RESPONSE
                                            RE: EX PARTE APPLICATION TO
13             Defendants.                   STAY ACTION**

                                      /
14

15        The Court has received the *ex parte* application to stay *Federal Insurance Co. v. Shaw, et*

16  *al.*, 02-4548, which has been consolidated with *Indian Harbor Insurance Co. v. Willock, et al.*, 04-

17  2615.  Having considered the parties' pleadings, the Court HEREBY ORDERS Indian Harbor

18  Insurance Company to provide its position on whether a short stay as to its portion of the consolidated

19  litigation is appropriate.  Indian Harbor shall submit its response to this Order in writing by 5:00 p.m.

20  on June 22, 2005.

21        **IT IS SO ORDERED.**

22

23  Dated:  June 21, 2005                    _/s/ Jeffrey S. White_____
                                            JEFFREY S. WHITE
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California