J. Thomas Hannan, State Bar No. 39140
Ronald Lovitt, State Bar No. 40921
Henry I. Bornstein, State Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-8769 / Facsimile: (415) 362-7528
lovitt@lh-sf.com/hbornstein@sbcglobal.net

John J. Bartko, State Bar No. 37372
Charles G. Miller, State Bar No. 39272
Christopher D. Sullivan, State Bar No. 148083
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900 / Facsimile: (415) 956-1152
csullivan@bztm.com

Counsel for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY SHAW, et al.<br><br>Defendants.<br>_____<br><br>INDIAN HARBOR INSURNACE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORYIA WILLOCK, et al.<br><br>Defendants,<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No. C 02-4548 JSW (Consolidated with C 04-2615 JSW)(Related to C 04-4085 JSW)<br><br>[proposed] **STIPULATED ORDER GRANTING *EX PARTE* APPLICATION TO STAY FEDERAL INSURANCE COMPANY V. JEFFREY SHAW, et al. (CASE NO. C 02-4548 JSW) PENDING BANKRUPTCY COURT APPROVAL OF SETTLEMENT**<br>[(Civil L.R. 7-10); Fed. R. Civ. P. 16]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 2<br>450 Golden Gate Ave<br>San Francisco, CA<br><br>Judge: Hon. Jeffrey S. White |

-1-

1785.002/304081.1          [PROPOSED] ORDER]
Case No. C 02-4548 JSW

WHEREAS, the plaintiff in this action, Federal Insurance Company, and the defendants and counterclaimants in this action, the Official Committee of Unsecured Creditors of Tri Valley Growers ("Creditors Committee"), as a representative of the Estate of Tri Valley Growers, and Jeffrey Shaw, Joseph Guidetti, Jaswant Bains, Ajit Bains, Jeffrey Arambel, Carl Cilker, the Estate of James A. Cooley (Deceased) and Dolores Cooley, as personal representative of the Estate of James A. Cooley, E. Douglas Hemly, Erick Johnson, James Salisbury, James A. Schlindwein, Hugo Steensma, Ronald Timothy, Paul Van Konyneneburg, Al Vangelos, Richard A. Gelhaus, and Victoria Willock, and Crown, Cork & Seal Company Inc. ("Crown"), (hereinafter collectively referred to as "Defendants and Counterclaimants"), have reached a settlement of this action conditioned upon approval by the United States Bankruptcy Court, as reflected in the Memorandum of Understanding dated May 27, 2005;

Federal and the Defendants and Counterclaimants stipulate to a stay of this action, including all discovery and other deadlines in this action, until such time as the United States Bankruptcy Court for the Northern District of California rules upon the motion to compromise controversy between these parties.

IT IS SO STIPULATED.

Dated: June 20, 2005

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: _____
Christopher D. Sullivan
Counsel for Defendants and Counterclaimants

Dated: June 20, 2005

STROOCK & STROOCK & LAVAN LLP

By: _____
Mitchell J. Langberg
Counsel for Plaintiff and Counterclaim
Defendant Federal Insurance Company

-2-

1785.002/304081.1

[PROPOSED] ORDER]
Case No. C 02-4548 JSW

WHEREAS, the plaintiff in this action, Federal Insurance Company, and the defendants and counterclaimants in this action, the Official Committee of Unsecured Creditors of Tri Valley Growers ("Creditors Committee"), as a representative of the Estate of Tri Valley Growers, and Jeffrey Shaw, Joseph Guidetti, Jaswant Bains, Ajit Bains, Jeffrey Arambel, Carl Cilker, the Estate of James A. Cooley (Deceased) and Dolores Cooley, as personal representative of the Estate of James A. Cooley, E. Douglas Hemly, Erick Johnson, James Salisbury, James A. Schlindwein, Hugo Steensma, Ronald Timothy, Paul Van Konyneneburg, Al Vangelos, Richard A. Gelhaus, and Victoria Willock, and Crown, Cork & Seal Company Inc. ("Crown"), (hereinafter collectively referred to as "Defendants and Counterclaimants"), have reached a settlement of this action conditioned upon approval by the United States Bankruptcy Court, as reflected in the Memorandum of Understanding dated May 27, 2005;

Federal and the Defendants and Counterclaimants stipulate to a stay of this action, including all discovery and other deadlines in this action, until such time as the United States Bankruptcy Court for the Northern District of California rules upon the motion to compromise controversy between these parties.

IT IS SO STIPULATED.

Dated: June 20, 2005         BARTKO, ZANKEL, TARRANT & MILLER
                             A Professional Corporation

                             By: _____
                                 Christopher D. Sullivan
                                 Counsel for Defendants and Counterclaimants

Dated: June 20, 2005         STROOCK & STROOCK & LAVAN LLP


                             By: _____
                                 Mitchell J. Langberg
                                 Counsel for Plaintiff and Counterclaim
                                 Defendant Federal Insurance Company

-2-

1785.002/304081.1                                    [PROPOSED] STIPULATED ORDER
                                                     Case No. C 02-4548 JSW

Having received, read and considered Defendants and Counterclaimants' *ex parte* application to stay proceedings pursuant to CIVIL L.R. 7-10 and FED. R. CIV. P. 16, and good cause appearing therefore,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendants and Counterclaimants' *ex parte* application to stay proceedings is GRANTED. This action shall be stayed, including all discovery and other deadlines in this action, until such time as the United States Bankruptcy Court for the Northern District of California rules upon the motion to compromise controversy between these parties.

DATED: June 23, 2005

/s/ Jeffrey S. White
_____
THE HONORABLE JEFFREY S. WHITE
JUDGE OF THE DISTRICT COURT

BARTKO ZANKEL
Bartko·Zankel·Tarrant·Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152