**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY SHAW, et al.<br><br>    Defendants.<br>_____/ | No. C 02-04548 JSW<br>(consolidated with 04-2615)<br><br>**ORDER REQUIRING STATUS REPORT** |

This matter has been stayed pending approval of a settlement by the Bankruptcy Court. The matter has now been stayed for approximately 30 days. Accordingly, the parties are HEREBY ORDERED to submit a joint status report on the status of the settlement and when they expect the stay to be lifted by Friday, August 5, 2005.

**IT IS SO ORDERED.**

Dated: July 26, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE