IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY,

    Plaintiff,

v.

JEFFREY SHAW, et al.

    Defendants.
_____/

No. C 02-04548 JSW
(consolidated with 04-2615)

**ORDER REQUIRING STATUS REPORT**

The Court has received and considered the parties' joint status report. The Court HEREBY ORDERS that the parties shall submit a further status report by September 9, 2005, and every sixty days thereafter, unless the stay is lifted in this matter or the matter is dismissed.

**IT IS SO ORDERED.**

Dated: August 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE