**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY SHAW, et al.<br><br>    Defendants.<br>_____/<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>    Plaintiff<br><br>  v.<br><br>VICTORIA WILLOCK, et al.,<br><br>    Defendants<br>_____/<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C 02-04548 JSW (consolidated with 04-2615 JSW) (Related to 04-4085 JSW)<br><br>**ORDER CONTINUING STAY** |

    The Court has received the parties' status report and pursuant to the representations in that report, CONTINUES the stay in the *Willock* action pending settlement discussions. However, the parties to that action shall continue to abide by the Court's order requiring status reports every sixty days until the stay is lifted or the matter dismissed.

**IT IS SO ORDERED.**

Dated: September 19, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE